Christopher F. McCracken, OSB No.: 894002
christopher.mccracken@ogletree.com
E. A. Meg Barankin, OSB No.: 203436
meg.barankin@ogletree.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Tel: (503) 552-2140
Fax: (503) 224-4518

Attorneys for Defendants
WHITE LINE SYSTEMS, LLC,
DRIVEN 2 DRIVE LEASING, LLC, and
RICK ALLRED SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| KODY ANDREWS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITE LINE SYSTEMS, LLC; DRIVEN 2 DRIVE LEASING, LLC; RICK ALLRED SYSTEMS INC. dba ALLRED SYSTEMS,<br><br>Defendants. | Case No. 3:23-cv-01258-CL<br><br>**DEFENDANT WHITE LINE SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>(Fed. R. Civ. P. 7.1; LR 7.1) |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant White Line Systems, Inc. hereby discloses that it is a wholly owned subsidiary of White Nutt House Holdings Co., LLC ("White Nutt House").  No publicly held corporation owns 10% or more of White Nutt House.

Page 1 -   DEFENDANT WHITE LINE SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

DATED:  October 20, 2023.

                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                */s/ Christopher F. McCracken*
                Christopher F. McCracken, OSB No. 894002
                christopher.mccracken@ogletree.com
                E. A. Meg Barankin, OSB No. 203436
                meg.barankin@ogletree.com
                (503) 552-2140

                    Attorneys for Defendants
                WHITE LINE SYSTEMS, LLC,
                DRIVEN 2 DRIVE LEASING, LLC, and
                RICK ALLRED SYSTEMS INC.

Page 2 -   DEFENDANT WHITE LINE SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I served the foregoing **DEFENDANT WHITE LINE SYSTEM, INC.'S CORPORATE DISCLOSURE STATEMENT** on the parties below:

Whitney Stark, OSB No. 090350
whitney@albiesstark.com
Albies, Stark & Guerriero
1 SW Columbia Street, Suite 1850
Portland, OR 97204

Carolyn C. Cottrell
ccottrell@schneiderwallace.com
David Leimbach
dleimback@schneiderwallace.com
Robert E. Morelli, III
rmorelli@schneiderwallace.com
Schneider Wallace Contrell Konecky LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608

- ■ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

- ■ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

Dated: October 20, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Douglas Paul*
    Douglas Paul
    503-552-2140
    douglas.paul@ogletree.com