Christopher F. McCracken, OSB No.: 894002
christopher.mccracken@ogletree.com
E. A. Meg Barankin, OSB No:. 203436
meg.barankin@ogletree.com
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Tel: (503) 552-2140
Fax: (503) 224-4518

Attorneys for Defendants
WHITE LINE SYSTEMS, LLC,
DRIVEN 2 DRIVE LEASING, LLC, and
RICK ALLRED SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| KODY ANDREWS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITE LINE SYSTEMS, LLC; DRIVEN 2 DRIVE LEASING, LLC; RICK ALLRED SYSTEMS INC. dba ALLRED SYSTEMS,<br><br>Defendants. | Case No. 3:23-cv-01258-CL<br><br>**DEFENDANT RICK ALLRED SYSTEMS INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>(Fed. R. Civ. P. 7.1; LR 7.1) |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant Rick Allred Systems Inc. dba Allred Systems ("Allred Systems"), hereby discloses that it is a wholly owned subsidiary of White Nutt House Holdings, Co. LLC ("White Nutt House"). No publicly held corporation owns 10% or more of White Nutt House.

Page 1 -   DEFENDANT RICK ALLRED SYSTEMS INC.'S CORPORATE DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

DATED: October 20, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Christopher F. McCracken*
Christopher F. McCracken, OSB No. 894002
christopher.mccracken@ogletree.com
E. A. Meg Barankin, OSB No. 203436
meg.barankin@ogletree.com
(503) 552-2140

Attorneys for Defendants
WHITE LINE SYSTEMS, LLC,
DRIVEN 2 DRIVE LEASING, LLC, and
RICK ALLRED SYSTEMS INC.

Page 2 -   DEFENDANT RICK ALLRED SYSTEMS INC.'S CORPORATE DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I served the foregoing **DEFENDANT RICK ALLRED SYSTEMS INC.'s CORPORATE DISCLOSURE STATEMENT** on the parties below:

> Whitney Stark, OSB No. 090350
> whitney@albiesstark.com
> Albies, Stark & Guerriero
> 1 SW Columbia Street, Suite 1850
> Portland, OR 97204
>
> Carolyn C. Cottrell
> ccottrell@schneiderwallace.com
> David Leimbach
> dleimback@schneiderwallace.com
> Robert E. Morelli, III
> rmorelli@schneiderwallace.com
> Schneider Wallace Contrell Konecky LLP
> 2000 Powell Street, Suite 1400
> Emeryville, CA 94608

- ■ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

- ■ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

Dated: October 20, 2023.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Douglas Paul*
    Douglas Paul
    503-552-2140
    douglas.paul@ogletree.com