Whitney Stark, OSB No. 090350
**ALBIES, STARK & GUERRIERO**
1 SW Columbia Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292
whitney@albiesstark.com

Carolyn H. Cottrell (SBN 166977)
Robert E. Morelli (Tenn. BPR No. 037004)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
rmorelli@schneiderwallace.com
*Attorneys for Plaintiff, the Collective and the Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| KODY ANDREWS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WHITE LINE SYSTEMS, LLC; DRIVEN 2 DRIVE LEASING, LLC; RICK ALLRED SYSTEMS INC. *dba* ALLRED SYSTEMS<br>*Defendants*. | Case No.:   3:23-cv-01258-SI<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY DAVID C. LEIMBACH AS PLAINTIFF'S COUNSEL**<br><br>**JURY TRIAL DEMANDED** |

Notice to Withdrawal of Attorney David Leimbach
Case No.:   3:23-cv-01258-SI
**1** | P a g e

**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100 • Fax: (415) 421-7105

**PLEASE TAKE NOTICE** that, pursuant to LR 83-11(b), attorney David C. Leimbach will no longer be counsel for Plaintiff Kody Andrews and the Putative Class and Collective Members. Carolyn H. Cottrell (*pro hac vice*) and Robert E. Morelli, III (*pro hac vice*) of Schneider Wallace Cottrell Konecky, LLP in addition to Whitney Stark of Albies, Stark & Guerriero remain as counsel of record for Plaintiff Kody Andrews, the Collective Members, and the Class Members.

Dated: February 2, 2024              Respectfully Submitted,

**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

*/s/ Robert E. Morelli, III*

Whitney Stark, OSB No. 090350
**ALBIES, STARK & GUERRIERO**
1 SW Columbia Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292
whitney@albiesstark.com

Carolyn H. Cottrell (SBN 166977)
Robert E. Morelli (Tenn. BPR No. 037004)
**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiff, the Collective,
and the Class*

Notice to Withdrawal of Attorney David Leimbach
Case No.:   3:23-cv-01258-SI
**2 |** P a g e

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100 • Fax: (415) 421-7105

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Robert E. Morelli, III*
Robert E. Morelli, III

Notice to Withdrawal of Attorney David Leimbach
Case No.:   3:23-cv-01258-SI
**3** | P a g e

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100 • Fax: (415) 421-7105